**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TIFFANY A. ARENA, on behalf of Plaintiff and the class members described herein, <br><br> Plaintiff, <br><br> v. <br><br> EAST LINE LENDING, LLC, JENNIFER PETERS; WOLF RIVER DEVELOPMENT COMPANY; NEW PLATFORM FUND, LLC; and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:22-cv-01551-JPH-MG <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Mario Garcia |

**NOTICE AND REQUEST TO STAY DEADLINES**

Plaintiff, Tiffany A. Arena, and Defendants, East Line Lending, LLC, Jennifer Peters, Wolf River Development Company, and New Platform Fund, LLC (collectively, "Defendants"), respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next sixty days. Accordingly, the Parties request that the Court stay all pending deadlines.

Respectfully submitted,

DATED: October 13, 2022

/s/ Matthew J. Goldstein
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
    & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

/s/ Elizabeth Lally (with consent)
Elizabeth Lally
SPENCER FANE LLP
13815 FNB Parkway, Suite 200
Omaha, NE 68154
(402) 965-8600
elally@spencerfane.com

*Counsel for Defendants*

hkolbus@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Thursday, October 13, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notice via email to all counsel of record.

/s/ Matthew J. Goldstein
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service:  courtecl@edcombs.com