IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TIFFANY A. ARENA,
on behalf of Plaintiff and the class members described herein,

    Plaintiff,

v.

EAST LINE LENDING, LLC, JENNIFER PETERS; WOLF RIVER DEVELOPMENT COMPANY; NEW PLATFORM FUND, LLC; and JOHN DOES 1-20,

    Defendants.

Case No.: 1:22-cv-01551-JPH-MG

Judge James Patrick Hanlon
Magistrate Judge Mario Garcia

*The Court acknowledges the Notice of Dismissal, dkt. 17.
JPH, 1/17/2023
Distribution via ECF.*

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tiffany A. Arena voluntarily dismisses her individual claims against Defendants East Line Lending, LLC, Jennifer Peters, Wolf River Development Company, and New Platform Fund, LLC with prejudice, with each party to bear their own costs. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs.

DATED: January 11, 2023

    Respectfully submitted,

    */s/ Matthew J. Goldstein*
    Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN COMBS LATTURNER
    & GOODWIN, LLC**
20 S. Clark St., Suite 1500
Chicago, IL 60603

1